

# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

April 16, 2015

Damara H. Watkins
Attorney at Law
1541 Princeton
Corsicana, TX 75110
* DELIVERED VIA E-MAIL *

R. Lowell Thompson
Criminal District Attorney
300 W. 3rd Ave., Suite 203
Corsicana, TX 75110
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-15-00011-CR, 07-15-00012-CR
Trial Court Case Number: C-35611-CR, C-35612-CR

**Style:** Mark Hoff v. The State of Texas

Dear Counsel:

By Order of the Court, the motion for an extension of time to file appellant's brief is granted.  Therefore the appellant's brief was filed on Friday, April 10, 2015.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK